# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STAES OF AMERICA, )<br>)<br>v. )<br>)<br>HILARIO GONZALES-MONTALVO, )<br>)<br>Defendant. )<br>_____ ) | Criminal Action No. 2011-016 |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

**UPON CONSIDERATION** of the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, Defendant Hilario Gonzales-Montalvo's plea of guilty to Count V of the Indictment, Unauthorized Use of a Social Security Number, is accepted, and the Defendant is adjudged guilty of such offense. The sentence hearing date will be set by further order of this Court.

**SO ORDERED**.

Date: October 13, 2011            _____/s/_____
                                                  WILMA A. LEWIS
                                                  District Judge


copy:   AUSA, Alphonso Andrews, AUSA
            Patricia Schrader-Cooke, AFPD
            U.S. Probation Office
            U.S. Marshal's Office